IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY MUNNERLYN, # 18560-018, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:18cv329-WHA |
| | ) | [WO] |
| WALTER WOODS, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On April 30, 2018, the Magistrate Judge filed a Recommendation (Doc. # 4) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. # 4) is ADOPTED;

2. This case is DISMISSED without prejudice for Plaintiff's failure to file necessary financial information as ordered by the court.

A final judgment will be entered separately.

DONE this 23rd day of May, 2018.

     /s/   W. Harold Albritton, III
SENIOR UNITED STATES DISTRICT JUDGE